IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ETTA DAVIDSON BROUILLETTE, | § | No. 04-82750-G3-7 |
| | § | |
| Debtor. | § | |
| | § | |
| FROST NATIONAL BANK, | § | ADV. NO. 05-8016 |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | |
| ETTA DAVIDSON BROUILLETTE, | § | |
| | § | |
| Defendant. | § | |

### PLAINTIFF'S STATUS REPORT

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Plaintiff FROST NATIONAL BANK, and, pursuant to the Court's Comprehensive Scheduling, Pre-Trial, and Trial Order, files this its Status Report, and in support thereof would respectfully show unto the Court as follows:

1. Service of the summons and complaint was accomplished on March 29, 2005.

2. An answer was served on the undersigned counsel on April 22, 2005.

3. The name, address, and telephone number of defendant's counsel:

   Ronald M. Gipson
   2200 Market Street, Suite 850
   Galveston, Texas 77550-1532
   (409) 765-6000 telephone

Respectfully submitted on June 21, 2005.

By: /s/ **James E. Cuellar**
James E. Cuellar

                State Bar No. 05202345
                440 Louisiana, Suite 718
                Houston, Texas 77002
                (713) 222-1281 telephone
                (713) 237-0570 fax

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2005, true and correct copies of the foregoing **Plaintiff's Status Report** were sent by electronic means to the following:

    Ronald M. Gipson
    2200 Market Street, Suite 850
    Galveston, Texas 77550-1532

                  /s/ **James E. Cuellar**
                James E. Cuellar

3893x067.pjj