UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION



| | | |
|---|---|---|
| IN RE: | § | |
| ETTA DAVIDSON BROUILLETTE | § | CASE NO. 04-82750-G3-7 |
| | § | |
| DEBTOR | § | |
| | § | |
| FROST NATIONAL BANK | § | ADVERSARY NO. 05-8016 |
| | § | |
| PLAINTIFF | § | |
| vs. | § | |
| | § | CHAPTER 7 |
| ETTA DAVIDSON BROUILLETTE | § | |
| | § | |
| DEFENDANT | § | |

## ORDER DISMISSING ADVERSARY

CAME ON for consideration Plaintiff FROST NATIONAL BANK's Motion to Dismiss the above-referenced adversary and the Court finds that the motion is well grounded and should be granted:

It is therefore **ORDERED** that Adversary Number 05-8016 is dismissed with prejudice.

Signed _____, 2005.

_____
UNITED STATES BANKRUPTCY JUDGE

*[Handwritten: Denied without prejudice. No cds. 8/31/05]*